```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        19-Cr-833 (SHS)

    -against-                                                  :

                                                                            ORDER

ANTHONY CHEEDIE, *ET AL.*,                     :

            Defendants.                         :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        This matter will be reassigned to this Court's docket. Accordingly,

        IT IS HEREBY ORDERED that there will be a conference on December 5, 2019, at 2:30 p.m.

Dated: New York, New York
       December 2, 2019

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.