LAW OFFICES OF
FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

January 6, 2020

VIA ECF
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Anthony Cheedie, et al.
19 Cr. 833 (SHS)

Dear Judge Stein:

As Your Honor is aware, I represent Anthony Cheedie, the defendant in the above matter. I write to respectfully request that the Court modify the conditions of Mr. Cheedie's appearance bond so as to permit him to travel to and from Schenectady, New York, this Thursday, January 9, 2020, to visit with his elderly grandmother, who resides there. Mr. Cheedie plans only to spend some time with her and then return to his residence in New Jersey.

Mr. Cheedie's Pretrial Services Officer Mohammed Ahmed has no objection to this request and has been provided with the particulars. AUSA Robert Sobelman advises that the Government takes no position regarding this application.

Thank you for your consideration.

Respectfully submitted,

Frederick L. Sosinsky

FLS:bms

SO ORDERED 1/6/2020

SIDNEY H. STEIN
U.S.D.J.