

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Anthony Cheedie*, 19 Cr. 833 (SHS)

Dear Judge Stein:

    The Government respectfully submits the attached proposed supplemental protective order, which the Government and defendant Anthony Cheedie respectfully request be entered by the Court.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

by: *Robert B. Sobelman*
                Kiersten A. Fletcher
                Benet J. Kearney
                Robert B. Sobelman
                Assistant United States Attorneys
                (212) 637-2238 / 2260 / 2616

cc:  Frederick L. Sosinsky, Esq. (by ECF)
     Anastasios Sarikas, Esq. (by ECF)