UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

ANTHONY CHEEDIE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - X

**SUPPLEMENTAL PROTECTIVE ORDER**

19 Cr. 833 (SHS)

WHEREAS, on January 24, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Frederick L. Sosinsky, Esq. (Dkt. No. 59);

WHEREAS, on June 5, 2020, Anastasios Sarikas, Esq., entered a notice of appearance as co-counsel on behalf of the defendant (Dkt. No. 76);

IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Kiersten A. Fletcher, Benet J. Kearney, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Mr. Sarikas, counsel for the defendant, that Mr. Sarikas is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if he was an original signatory thereto.

Dated:    New York, New York
          June 8, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.

### Acknowledgement of Protective Order

I, Anastasios Sarikas, Esq., have read and reviewed the Protective Order entered on January 24, 2020, in the above-captioned case, I understand it, and I acknowledge that I am and shall be bound by the Order.

*[signature]*

Anastasios Sarikas, Esq.
Attorney for Anthony Cheedie