UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,   :  19-Cr-833 (SHS)

     -v-      :  <u>ORDER</u>

ANTHONY CHEEDIE,      :

     Defendant(s).  :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

   IT IS HEREBY ORDERED that there will be a *Curcio* hearing in this matter on Wednesday, July 15, 2020, at 4:30 p.m.

Dated: New York, New York
   June 11, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.