LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

June 16, 2020

VIA ECF
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Anthony Cheedie, et al.
      19 Cr. 833 (SHS)

Dear Judge Stein:

As Your Honor is aware, I represent Anthony Cheedie, the defendant in the above matter. I write to respectfully request that the Court modify the conditions of Mr. Cheedie's appearance bond so as to permit him to remain at the residence of his mother-in-law Rekha Chugg, in Sharon, Massachussets until July 6, 2020. Previously, Your Honor granted Mr. Cheedie permission to travel to and stay with Ms. Chugg until this Sunday, June 21, 2020.

Mr. Cheedie's Pretrial Services Officer Mohammed Ahmed has no objection to this request and has been provided with the particulars. AUSA Kiersten Fletcher advises that the Government has no objection to extending Mr. Cheedie's stay.

Thank you for your consideration.

Respectfully submitted,

Frederick L. Sosinsky

FLS:bms

cc: PTSO Mohammed Ahmed (via email)

## Application granted.

## Dated:  New York, New York
## June 16, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.