UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | ORDER |
| ANTHONY CHEEDIE, *ET AL.*, | : | |
| Defendants. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that:

      1.     The status conference scheduled for July 7, 2020, at 4:00 p.m., remains as previously set;

      2.     The conference will be held via teleconference. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference. Any counsel who wishes may waive their client's appearance, with their client's consent; and

      3.     At the teleconference the Court would like a report on the status of discovery and a proposed schedule for proceeding.

Dated: New York, New York
       June 30, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.