UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| ANTHONY CHEEDIE, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  IT IS HEREBY ORDERED that:

  1. The *Curcio* hearing will take place as scheduled on July 15, 2020, at 3:30 p.m.;

  2. There will be a bail review hearing as to Anthony Cheedie on July 15, 2020, at 3:30 p.m.; and

  3. The above proceedings will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
   June 30, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.