UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| ANTHONY CHEEDIE, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A status teleconference having been held yesterday, with counsel for all parties present, defendants Anthony Cheedie, Shane Hanna, Kevin Handren, Joseph Minetto, Joseph Depaola, Derek Larkin, and Mattie Cirilo present, and defendants Chad Allen, Cameron Brewster, and Joseph Ciaccio's appearances having been waived by their attorneys:

     IT IS HEREBY ORDERED that:

1.     The last day for the government to produce the discovery from certain electrical devices is August 18, 2020;

2.     The last day for defendants to file motions, if any, is October 13, 2020;

3.     The last day for the government's opposition to any motions is October 27, 2020;

4.     Defendants' replies to any motions are due by November 10, 2020; and

5.     There will be a status conference on October 13, 2020, at 2:30 p.m. It is anticipated that this conference will take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A. Counsel may waive their client's appearance if the client consents.

Dated: New York, New York
       July 8, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.