UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,      :     19-Cr-833 (SHS)

        -v-                                               :     ORDER

ANTHONY CHEEDIE, *ET AL.*,         :

        Defendants.                         :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A bail review hearing having been held on July 15, 2020, with counsel for all parties and defendant present,

    IT IS HEREBY ORDERED that the following additional bail conditions are imposed:

    1. Defendant shall report to the Geisinger Marworth Treatment Center in Waverly, PA, as soon as a bed is available. If a bed is not available within 10 days, counsel shall notify the Court, in writing;

    2. Defendant shall successfully complete an alcohol abuse treatment program for a period of 30 days or longer, at the direction of the Geisinger Marworth Treatment Center;

    (3) Upon completion of the program, defendant shall be placed on home detention with location monitoring;

    (4) Defendant may be permitted to self-install the home monitoring unit under the direction of Pretrial Services;

    (5) Defendant shall reside with his parents at 2021 57th Street, Brooklyn, New York, and may not relocate without the prior approval of Pretrial Services;

    (6) After defendant is discharged from the treatment program, he shall report to Pretrial Services to be fitted for electronic monitoring; and

    (7) All previously imposed conditions remain in effect.

Dated: New York, New York
       July 16, 2020

SO ORDERED.

_____
Sidney H. Stein, U.S.D.J.