# FOY & SEPLOWITZ LLC
### attorneys at law

| | | |
|---|---|---|
| 105 MAIN STREET<br>HACKENSACK, NJ 07601<br>TEL: 201-457-0071<br>FAX: 201-457-0072 | WWW.FOYSEPLOWITZ.COM | 30 WALL STREET<br>8TH FLOOR<br>NEW YORK, NY 10005<br>TEL: 212-709-8230 |

October 15, 2020

Honorable Sidney H, Stein, USDCJ
US Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *US v. Anthony Cheedie, et al*
Dkt. # 19 cr 833
**Chad Allen Motion to Join Motion**

Dear Judge Stein:

On October 13, 2020 co-defendant Cameron Brewster filed his pre-trial omnibus motions for a Bill of Particulars, suppression of certain evidence, obtain discovery and obtain other related relief. I have reviewed the motion and corresponding caselaw. I have also spoken with Mr. Brewster's attorney, Ryan Poscablo, regarding their submissions.

Based upon the foregoing, I move to have Chad Allen join the motions filed by Cameron Brewster. Specifically, Mr. Allen joins the following motions:

1. Bill of Particulars pursuant to FRCP 7(f);
2. Disclosure of *Brady, Giglio*, and *Jencks* Act material;
3. Disclosure of Grand Jury Testimony pursuant to FRCP 6(3)(E)(ii);
4. Permission to File Additional and Supplemental Motion and/or to Join Co-defendant's motions.

As of this submission, the defense has reviewed less than 50% of the discovery already provided. The Government's rolling production of the voluminous discovery has the potential to influence future legal issues that may be subject to a motion. We will continue our due diligence and raise any additional issues in a timely fashion. Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

**Application granted.**

Dated: New York, New York
October 15, 2020

SO ORDERED

*Sidney H. Stein*

SIDNEY H. STEIN
U.S.D.J.