March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                      **CONSENT TO PROCEED BY**
                                                                      **VIDEOCONFERENCE**

                              -v-
                                                                      1 9 -CR- 833  (SHS)( )

Anthony Cheedie, et al. ,
                              Defendant(s).
-----------------------------------------------------------------X

Defendant **Anthony Cheedie** _____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

_____   Initial Appearance/Appointment of Counsel

_____   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

_____   Preliminary Hearing on Felony Complaint

_____   Bail/Revocation/Detention Hearing

☒       Status and/or Scheduling Conference

_____   Misdemeanor Plea/Trial/Sentence


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Anthony Cheedie_____
Print Defendant's Name


_____
Defense Counsel's Signature

_Fred Sosinsky_____
Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

_12/14/20_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge