UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -against- | : | ORDER |
| ANTHONY CHEEDIE and KEVIN HANDREN, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of the government, and with the consent of each defendant's attorney,

IT IS HEREBY ORDERED that the Clerk of Court is directed to (1) unseal the minutes of the plea and all related documents in regard to the plea of Anthony Cheedie which took place on March 23, 2021, and (2) unseal the minutes of the plea and all related documents in regard to the plea of Kevin Handren which took place on March 24, 2021.

Dated: New York, New York
       August 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.