LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

August 27, 2021

VIAECF
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

         Re:  United States v. Anthony Cheedie, et al.
             <u>19 Cr. 833 (SHS)</u>

Dear Judge Stein:

  As Your Honor is aware, I represent Anthony Cheedie, the defendant in the above matter.

  I am writing to respectfully request that the Court modify the conditions of Mr. Cheedie's release so as to permit him to travel to Waverly, Pennsylvania tomorrow, August 28, 2021, to attend a reunion event at Geisinger Marworth, the inpatient alcohol and substance abuse treatment program that he completed a year ago. He will return to his residence in Brooklyn by tomorrow evening. Mr. Cheedie's pretrial services officer Evelyn Alvayero and AUSA Kiersten Fletcher have no objection to this application.

  Thank you for your consideration.

                      Respectfully submitted,

                      Frederick L. Sosinsky

FLS:bms