LAW OFFICES OF
## FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

February 22, 2022

VIA ECF
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Anthony Cheedie, et al.
       19 Cr. 833 (SHS)

Dear Judge Stein:

As Your Honor is aware, I represent Anthony Cheedie, a defendant in the above matter.

I am writing to respectfully request permission to join in the motion filed earlier today by Perry Guha, LLP, counsel for codefendant Kevin Handren, seeking, pursuant to Fed R. Crim Pro 17(c), to quash identical pretrial *subpoenas duces tecum* (the "Motion to Quash") served on that firm and, as discussed in the motion, five other attorneys/firms who represent potential witnesses that may be called by the government at the March 22, 2022 trial of defendant Jennifer Shah. The subpoena, issued by Ms. Shah's counsel Chaudhry Law PLLC (and returnable at their office rather than the Court) calls for the production by todays' date of certain items described in the Motion to Quash from the potential witnesses' counsel, none of which, if they exist at all, are properly the subject of a Rule 17 subpoena.

I adopt all of the arguments set forth in the filed Motion to Quash.

Thank you for your consideration.

Respectfully submitted,

Frederick L. Sosinsky

FLS:bms

**The request to join in the motion to quash the subpoena is granted.**

Dated: New York, New York
       February 23, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.