July 8, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007

> Re: *United States v. Anthony Cheedie, et al., 19 Cr. 833 (SHS)*
> *United States v. Arash Ketabchi, et al., 17 Cr. 243 (SHS)*

Dear Judge Stein:

I represent Stuart Smith in the above-referenced case. On July 8, 2022, I was served a subpoena prepared by Seth J. Zuckerman, Chaudry Law PLLC, 45 W. 29th Street, Ste. 303 New York, New York 10001 on behalf of co-defendant Jennifer Shah in the above-entitled case.

See copy of subpoena attached hereto.

The subpoena requests the production of the following documents:

1. See "Requests For Production of Documents" paragraphs 1-13.

Pursuant to Rule 17(c)(2) and 17 (h) of the Federal Rules of Criminal Procedure, I herewith move this Court to Quash the subpoena on the grounds that it is unreasonable or oppressive.

All of the information sought by the subpoena is protected under lawyer-client privilege and/or work product in the preparation of a defense in the above titled case. It's discovery is not permitted pursuant to Rule 17 Federal Rules of Criminal Procedure therefore the subpoena should be quashed.

Respectfully Submitted:

/s/ D. Gilbert Athay
D. Gilbert Athay
Attorney for Stuart Smith

---

*Handwritten endorsement:*

July 11, 2022

Motion to Quash Subpoena dismissed as moot in light of defendant's guilty plea.

So ordered.
/s/ Sidney H. Stein
July 11 /S.D.J.