

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:** *United States v. Anthony Cheedie*, **S2 19 Cr. 833 (SHS)**

Dear Judge Stein:

  The Government respectfully submits this letter to request that the sentencing proceeding presently scheduled for October 27, 2022, be adjourned to November 3, 2022 at 2:30 p.m. to accommodate defense counsel's scheduled trial in another matter. The defense consents to this request.

       Respectfully submitted,

       DAMIAN WILLIAMS
       United States Attorney

    By:_____

       Kiersten A. Fletcher
       Robert B. Sobelman
       Sheb Swett
       Assistant United States Attorneys
       (212) 637-2238 / 2616 / 6522

Cc: Counsel (by ECF)

**The sentencing is adjourned to November 3, 2022, at 2:30 p.m. The dates for submissions remain as previously set.**

**Dated: New York, New York**
   **July 27, 2022**

      **SO ORDERED:**

      _____
      **Sidney H. Stein, U.S.D.J.**